UNITED STATES of America,
Plaintiff—Appellee,

v.

William Demetrius DAVIS,
Defendant—Appellant.

No. 02–50171.

United States Court of Appeals,
Ninth Circuit.

Submitted June 15, 2004.*

Decided June 24, 2004.

Ronald L. Cheng, Esq., Carole C. Peterson, Esq., Cynthia Valenzuela, Esq., USLA-Office of the U.S. Attorney, Los Angeles, CA, for Plaintiff–Appellee.

---

* This panel unanimously finds this case suitable for decision without oral argument. *See* Fed. R.App. P. 34(a)(2).

* This panel unanimously finds this case suitable for decision without oral argument. *See* Fed. R.App. P. 34(a)(2).

Gerald Whatley, Esq., Santa Barbara, CA, for Defendant–Appellant.

Before: LEAVY, THOMAS and FISHER, Circuit Judges.

MEMORANDUM **

William Demetrius Davis appeals his guilty-plea conviction and 57–month sentence for being a felon in possession of a firearm, in violation of 18 U.S.C. § 922(g).

Pursuant to *Anders v. California*, 386 U.S. 738, 87 S.Ct. 1396, 18 L.Ed.2d 493 (1967), counsel for Davis has filed a brief stating that there are no grounds for relief, and a motion to withdraw as counsel of record. Davis did not filed a pro se supplemental brief, and the government did not file a brief.

Our independent review of the record pursuant to *Penson v. Ohio*, 488 U.S. 75, 83, 109 S.Ct. 346, 102 L.Ed.2d 300 (1988), discloses no grounds for relief. Counsel's motion to withdraw is GRANTED and the district court's judgment is AFFIRMED.

---

** This disposition is not appropriate for publication and may not be cited to or by the courts of this circuit except as provided by Ninth Circuit Rule 36–3.

